(77 South. 1003)

FLORIDA NURSERY & TRADING CO. v. WATSON. (4 Div. 513.) (Court of Appeals of Alabama. Jan. 15, 1918.) Appeal from Circuit Court, Covington County; A. B. Foster, Judge. A. Whaley, of Andalusia, for appellant. J. D. Bailey, of Florala, for appellee.

PER CURIAM. Reversed and remanded in accordance with the opinion of the Supreme Court (201 Ala. 97, 77 South. 391). See, also, ante, p. 159, 75 South. 875.

(77 South. 1003)

FULTON v. STATE. (6 Div. 331.) (Court of Appeals of Alabama. Dec. 18, 1917.) Appeal from City Court of Bessemer; J. C. B. Gwin, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(77 South. 1003)

GILBERT v. RAYSHELL. (6 Div. 993.) (Court of Appeals of Alabama. Nov. 29, 1917.) Appeal from Tuscaloosa County Court; H. B. Foster, Judge. Wright & Fite, of Tuscaloosa, for appellant. H. A. & D. K. Jones, of Tuscaloosa, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(77 South. 1003)

GLASS v. CITY OF ANNISTON. (7 Div. 471.) (Court of Appeals of Alabama. Dec. 18, 1917.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge. P. F. Wharton, of Anniston, for appellant. S. W. Tate, of Anniston, for appellee.

SAMFORD, J. Affirmed on motion.

(77 South. 1003)

GUISE v. STATE. (6 Div. 421.) (Court of Appeals of Alabama. Nov. 22, 1917.) Appeal from Circuit Court, Jefferson County; Chas. W. Ferguson, Judge. F. Loyd Tate, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(77 South. 1003)

HACKWORTH et al. v. J. R. WATKINS MEDICAL CO. (8 Div. 596.) (Court of Appeals of Alabama. Feb. 12, 1918.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge.

SAMFORD, J. Affirmed on certificate.

(77 South. 1003)

HARRIS-CORTNER & CO. v. LEDBETTER. (7 Div. 499.) (Court of Appeals of Alabama. Feb. 5, 1918.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge.

BRICKEN, J. Affirmed on motion.

(77 South. 1003)

Ex parte HENRY. (6 Div. 417.) (Court of Appeals of Alabama. Dec. 18, 1917.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge. W. S. Henry, pro se. W. L. Martin, Atty. Gen., for appellee.

BROWN, P. J. The order denying the writ of habeas corpus is affirmed.

(77 South. 1003)

HICKS v. STATE. (7 Div. 501.) (Court of Appeals of Alabama. Jan. 22, 1918.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge. F. Loyd Tate, Atty. Gen., for the State.

BROWN, P. J. Appeal dismissed on motion of Attorney General.

(77 South. 1003)

HODGES v. ATLANTA, B. & A. RY. CO. (7 Div. 493.) (Court of Appeals of Alabama. Jan. 22, 1918.) Appeal from Circuit Court, Randolph County; S. L. Brewer, Judge. John W. Overton, of Wedowee, for appellee.

SAMFORD, J. Appeal dismissed on motion of appellee.

(77 South. 1003)

HOLLIDAY et al. v. BURNS. (6 Div. 466.) (Court of Appeals of Alabama. Nov. 22, 1917.) Appeal from Circuit Court, Lamar County; C. P. Almon, Judge. Kelley & Young, of Vernon, for appellee.

PER CURIAM. Affirmed on certificate.

(77 South. 1003)

HOWELL v. ROLL. (6 Div. 191.) (Court of Appeals of Alabama. Nov. 29, 1917.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge. Thompson & Thompson, of Birmingham, for appellant. James A. Mitchell and W. T. Hill, both of Birmingham, for appellee.

PER CURIAM. Appeal dismissed.

(77 South. 1003)

JEFFERSON FERTILIZER CO. v. GREEN. (7 Div. 498.) (Court of Appeals of Alabama. Jan. 17, 1918.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(77 South. 1003)

LOFTIS v. STATE. (6 Div. 361.) (Court of Appeals of Alabama. Dec. 18, 1917.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(77 South. 1003)

LOUISVILLE & N. R. CO. v. ALTOONA COAL & IRON CO. (6 Div. 415.) (Court of Appeals of Alabama. Nov. 29, 1917.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge. Tillman, Bradley & Morrow and John S. Stone, all of Birmingham, for appellant. Robert J. Wheeler, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(77 South. 1003)

MEADOWS v. STATE. (6 Div. 320.) (Court of Appeals of Alabama. Dec. 18, 1917.) Appeal from Criminal Court, Jefferson County; A. H. Alston, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(77 South. 1004)

MELVIN et al. v. MURPHY. (1 Div. 265.) (Court of Appeals of Alabama. Nov. 15, 1917.) Appeal from Circuit Court, Monroe County; Ben D. Turner, Judge. Charles L. Hybart, of Monroeville, for appellants. Barnett, Bugg & Lee, of Monroeville, for appellee.

PER CURIAM. Dismissed for want of prosecution.

(77 South. 1004)

MITCHELL v. STATE. (7 Div. 525.) (Court of Appeals of Alabama. Feb. 12, 1918.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge. F. Loyd Tate, Atty. Gen., for the State.

BRICKEN, J. Appeal dismissed on motion of Attorney General.

(77 South. 1004)

MOUNTAIN v. DUPREE. (4 Div. 544.) (Court of Appeals of Alabama. Jan. 24, 1918.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge. B. F. Reid, of Dothan, for appellee.

BRICKEN, J. Affirmed on certificate.